NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000613
16-NOV-2017
08:23 AM

NO. CAAP-17-0000613

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WILMINGTON FUND SOCIETY, FSB, doing business as
    CHRISTIANA TRUST, not individually but as Trustee
    for Pretium Mortgage Acquisition Trust,
    Plaintiff-Appellee, v. JOYAL YASUDA AND VIRGINIA
    PAAKONIA, INDIVIDUALLY AND AS CO-TRUSTEES FOR THE
    VIRGINIA PAAKONIA REVOCABLE LIVING TRUST, DATED
    MARCH 15, 1995, Defendants-Appellants, and MIL
    RAVIEL ROHAN, formerly known as MILLIE GERALDINE
    ROHAN; UNITED STATES OF AMERICA, DEPARTMENT OF
    TREASURY, INTERNAL REVENUE SERVICE; DIRECTOR,
    DEPARTMENT OF TAXATION, STATE OF HAWAI'I; JOHN
    DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
    DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 and DOE
    GOVERNMENTAL UNITS 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 15-1-345k)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Nakamura, C.J., Fujise and Chan, JJ.)

Upon consideration of Defendant-Appellant Joyal
Yasuda's motion withdraw the appeal, filed on October 26, 2017,
and the record, and noting no opposition,

IT IS HEREBY ORDERED that the motion to dismiss is
granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, November 16, 2017.

*Craig H. Nakamura*

Chief Judge

*[signature]*

Associate Judge

*[signature]*

Associate Judge